UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Criminal No. 08-479 |
| SAMAD GARRETT | : | <u>ORDER</u> |
| | : | |

THIS MATTER having been opened to the Court by the defendant Samad Garrett (Martin S. Goldman, Esq. appearing) for an order extending the time to file pretrial motions, and the Government having consented to said request, and the Court having considered the papers submitted in support of the request, and good cause having been shown;

IT IS on this 17th day of February, 2009,

ORDERED that all dates set forth in the Court's Order for Discovery and Inspection dated January 12, 2009 are hereby extended by two weeks.

_____
HON. KATHARINE S. HAYDEN
United States District Judge