# HARKAVY, GOLDMAN, GOLDMAN, CAPRIO & GERSTEIN, P.A.
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

MACLYN S. GOLDMAN (1927-1977)
ABRAHAM I. HARKAVY (1928-1999)
MARTIN S. GOLDMAN
NICHOLAS E. CAPRIO*
BRIAN M. GERSTEIN
ILENE J. McFARLAND

1140 BLOOMFIELD AVENUE
SUITE 106
WEST CALDWELL, NEW JERSEY 07006

(973) 882-3555
TELECOPIER (973) 882-8717

*ALSO MEMBER D.C. BAR

September 11, 2009

Honorable Katherine S. Hayden, United States District Judge
United States Post Office and Courthouse
Federal Square
Newark, New Jersey 07102

Re:   United States v. Samad Garrett
      Criminal No. 08-479

Dear Judge Hayden:

I represent Samad Garrett in connection with the above referenced matter. I respectfully request an adjournment of the defendant's sentencing date which is scheduled for Wednesday, September 16, 2009 at 10:00 a.m. I contacted Jonathon Romankow, A.U.S.A. and he has no objection to this adjournment request.

The reason for the adjournment is that I am currently on Trial before the Honorable Michael L. Ravin in the case of State v. Reylin Torres. We are scheduled to resume the Trial on September 15, 2009 and it should continue until the week of September 21, 2009. Due to my Trial schedule I have been unable to complete my response to the Government's Sentencing Memorandum. There are several important issues I would like to address to the Court to be considered prior to sentencing. Further, I would not be available on Wednesday, September 15, 2009 at 10:00 a.m. due to the Trial.

I submit that if this adjournment is granted there will be no prejudice to the Court since the defendant is in custody. Thank you for your kind consideration of this request.

Respectfully yours,

MARTIN S. GOLDMAN

MSG/im
cc:   Jonathan Romankow, Asst. United States Attorney

\* Request Granted.
Sentencing rescheduled to 10/5/09 @ 3:00 p.m.
No further adjournments will be granted.
SO ORDERED
9/14/09